MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| HEIDI A. LANGSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | CIVIL NO. 2:18-cv-00658-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record that the time for responding to Plaintiff's Motion Summary Judgment be extended from February 4, 2019 to **March 4, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel has over 80+ active social security matters, which require two or more dispositive motions per week until mid-March. Due to the government shutdown, Counsel has multiple scheduling conflicts in a variety of her cases, including multiple dates on the same deadline. For example, Counsel currently has four dispositive motions due on the same date as the current filing

deadline. Due to heavy caseload and unexpected scheduling conflicts, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: February 4, 2019    /s/ *Laura Krank
(*as authorized by email on February 4, 2019)
LAURA KRANK
Attorney for Plaintiff

Dated: February 4, 2019    McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: February 6, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE