MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| HEIDI A. LANGSTON, | ) CIVIL NO. 2:18-cv-00658-DMC |
| Plaintiff, | ) **JOINT STIPULATION AND ORDER** |
| vs. | ) **FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record that the time for responding to Plaintiff's Motion Summary Judgment be extended from April 18, 2019 to **April 22, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) had a personal family emergency this week and was unexpectedly out of the office following the death of her uncle and two cousins. Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until mid-June. Due unexpected leave and heavy workload, Counsel needs additional time to adequately

review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: April 18, 2019　　　　　　　　　　/s/ *Laura Krank
　　　　　　　　　　　　　　　　　　　　(*as authorized by email on April 18, 2019)
　　　　　　　　　　　　　　　　　　　　LAURA KRANK
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 18, 2019　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　By　　　/s/ Tina L. Naicker
　　　　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: April 19, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE